IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burson, Renada

Printed: 01/22/09

Case Number: 08 B 22874
Judge: Wedoff, Eugene R
Filed: 8/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 340.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 340.00 |
| Totals: | 340.00 | 340.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 129.89 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 615.00 | 0.00 |
| 4. | RJM Acquisitions LLC | Unsecured | 8.02 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 31.50 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 98.99 | 0.00 |
| 7. | Internal Revenue Service | Priority |  | No Claim Filed |
| 8. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 9. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 10. | Allied Interstate | Unsecured |  | No Claim Filed |
| 11. | Firstsource Advantage LLC | Unsecured |  | No Claim Filed |
| 12. | Harris & Harris | Unsecured |  | No Claim Filed |
| 13. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| 14. | State Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 883.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Burson, Renada

Printed: 01/22/09

Case Number:  08 B 22874
Judge:  Wedoff, Eugene R
Filed:  8/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

